IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02699-CMA-MEH

GABRIEL W. MARTINEZ and
THOMAS A. CARLLON,

      Plaintiffs,

v.

BILL RITTER, in his official capacity as Governor of the State of Colorado,
JOHN W. SUTHERS, in his official capacity as Attorney General of the State of Colorado, and
THE STATE OF COLORADO,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 26, 2010.**

      Defendants' Unopposed Motion to Vacate Scheduling Conference and to Stay Discovery and Disclosures [filed January 25, 2010; docket #18] is **granted**, as the request is unopposed and Defendants assert the defense of Eleventh Amendment immunity.  (*See* docket #15.)

      Accordingly, the Scheduling Conference set for March 9, 2010, is hereby **vacated**.  Discovery in this matter is **stayed** pending adjudication of Defendants' Motion to Dismiss.  The parties shall file a status report within five business days of the District Court's resolution of Defendants' Motion to Dismiss.