IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02699-CMA-MEH

GABRIEL W. MARTINEZ and
THOMAS A. CARLLON,

    Plaintiffs,

v.

BILL RITTER, in his official capacity as Governor of the State of Colorado, and
JOHN W. SUTHERS, in his official capacity as Attorney General of the State of Colorado,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 2, 2010.**

    Pending before the Court is Defendants' Motion to Dismiss Plaintiffs' Amended Complaint for Lack of Subject Matter Jurisdiction [filed February 26, 2010; docket #23]. Plaintiffs shall respond to the pending motion on or before **March 22, 2010**. Defendants may reply within *fourteen days* of Plaintiffs' response.

    In light of the Amended Complaint (docket #22) and the pending Motion to Dismiss Plaintiffs' Amended Complaint (docket #23), Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction [filed January 19, 2010; docket #15] is **denied as moot**.